UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DREW RACCA | CIVIL CASE NO. 2:24-CV-01513 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| R U R TRANSPORTATION INC., ET AL | MAGISTRATE JUDGE THOMAS P. LEBLANC |

## JUDGMENT

Before the court is a MOTION TO DISMISS GREAT WEST CASUALTY COMPANY FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B)(6) [Doc. 17], which was referred to United States Magistrate Judge Thomas P. LeBlanc for Report and Recommendation. After an independent review of the record, noting the absence of any objections filed, for the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 22],

IT IS ORDERED, ADJUDGED AND DECREED that, consistent with the REPORT AND RECOMMENDATION, the Plaintiff's claims against Great West Casualty Company be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 3rd day of September, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE